PIERRE F. COOK, as Trustee of ANDREW BROWN, a Bankrupt, Appellant, *v.* HENRY H. PERSONS et al., as Receivers of the BANK OF COMMERCE IN BUFFALO, Respondents.

*Cook* v. *Persons,* 54 App. Div. 629, appeal dismissed.
(Argued April 10, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1900, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury.

*J. W. Russell* for appellant.

*Norris Morey* and *Edward R. Bosley* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

LOUIS B. HASBROUCK, as Receiver of the Property of CHARLES B. CASTLE, Respondent, *v.* WILLIAM L. MARKS, Appellant.

(Submitted April 7, 1902; decided April 15, 1902.)

Motion to amend remittitur by striking therefrom the award of ten per cent damages denied, with ten dollars costs. (See 170 N. Y. 594.)